# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| TBL REAL ESTATE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:16-CV-823 NAB |
| HARTFORD CASUALTY INS. CO., | ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Upon the filing of the parties' Stipulation for Dismissal on November 23, 2016,

**IT IS HEREBY ORDERED** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is **DISMISSED with prejudice** with the parties to bear their own costs.

Dated this 28th day of November, 2016.

　/s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE